IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Charlottesville__ DIVISION

__Ebony Spruill__

Plaintiff(s),

v.

__Cher Brix/Walmart Tmg 7816__
__Dorris Bolton Walmart DC__
__7016__

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

JUN 22 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Civil Action No.: __3:23-CV-00036__
(To be assigned by Clerk of District Court)

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: __Ebony Spruill__

      Address: __740 Conferday DR Penn Laird VA, 22846__

      Telephone Number: __540-3-746 (540) 762-2410__

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Cheri Brix Walmart Tmg 7816

      Address: _____

   b. Defendant No. 2

      Name: Dorris Bolton/Walmart D.C.

      Address: 10695 Freedom TRL Tmg Gordonville, VA 22942

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

   3. What is the basis for federal court jurisdiction?

☐ Federal Question        ☒ Diversity of Citizenship        ☐ Government Defendant

   4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   _____
   _____

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: __Ebony Spruill__ State of Citizenship: __Virgina, Rockingham__

Plaintiff No. 2: __Walmart DC__ State of Citizenship: __Virginia,__

Defendant No. 1: __Walmart DC__ State of Citizenship: __Virginia, Orange c/e__

Defendant No. 2: __Walmart Img Cheri Brix__ State of Citizenship: __Arkansas, Bentonville__

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. __I was Sexually Assualted By 5 diffent. So At the distrcbution Center it alot of Active Moving which me and other woman are in Work out gear. You Drive equitment and get off to pick Boxes, cans, and ect to place on your front and Back pallet so At times you have the floor leads follow you. And the one who was following me was luther__

As I working he making sounds mmh mmh saying my ass is Phat and that I'm making his Dick hard so I'm like Brushing it off But it continued daily so then I said to him why all of a sudden you coming on to me he stated I had to fill you out first to make sure you wouldn't tell I said wow. I kept working But felt very uncomfortable Second incident was A forklift Driver He Rides by me making Sexual Sounds saying Damn Biting His Bottom lip looking at me like I was A piec of meat. the Third person was a cleaning guy He Sweeps the Asile ect So as I'm picking order he peeking through saying that Ass phat making Sexual gestures mind you this is Daily

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

fourth person is A Female Name Brenda She is in the same Asile as me She comes up to me like whats up and I'm confused like What you mean what's up? She like you know, what's up with me and you I'm like Naw I'm good I'm Married She stated So Am I, But that don't matter I Shook my head walked Away. So As this continued Daily when the Say Shit I started getting pissed one guy Name Thompas came to me he like What's wrong? I Said I'm tired of men keep fucking bothering me Saying Shit about my ass And ~~ease~~ Shit

Thomas then stated to me You know why this is Happening to you then I said Why? He stated cause I'm a attrative woman, its what I wear and I'm more Jiggly then the other woman. I said what!!! What I wear I'm not wearing nothing Diffent then these other women except Mines be Bright Sometimes But that don't mean shit I said thats fucking crazy and Sick So After that I took leave of Absent. I forgot to say my Husband works with me we started same time which was JAN 31st 2022. So he ended up geting incarcerated in march So All this Started Happening After he was gone So while on leave I'm Seeing my counsler Stressed telling her my situation it messed me up Because I had Sexual Trama in my past So I ended up Reporting They made me come in write a statment At the main Desk where everyone can see After that got Caled off the floor stated Who They were and said it infront of Sorress

So That I go in the office I'm in front of three people they talking to me Had me Rewrite my statment pulled each person up on the laptop so I can Identify Then let me return to work And stated I'm Not to talk About it we will handle it. I asked for copies of everything Never Recived Next day during work everyone New I was begin mistreat like People Ride. By shaking there heads or laughing it was very uncomfotable and scary one girl came to me said Thank you I'm like why she said cause the men was Not saying Anything to her Anymore then she said they all talking about you telling everyone to stay away from you. But she said I'm still cool with you. But the men always win and never get in trouble. She said the same incident Happended she got suspended. So with that begin said I'm like wow! The cleaning lady Ana stated to me you are strong alot of woman scared to stand up Because they don't want to be in your shoes But you strong. I took Another Leave my Husband got out June I Returned to work with him still

uncomfortable everytime I drove down an Asile and I see one of the men I'm backing up to get away I couldn't finish my trips at times. So the weeks went By mind you I Reported in April Still haven't hear Nothing from the mangers Nor recieved paperwork. So one day I'm IN the Asile I have Both of my palets on the back of my PC leaning so I'm at a stop tryin to wrap me palets, so lucky my husband turned down my Asile I'm like Thank God, cause on your trips you Have A head set and it speaks to you to tell you each Asile to pick from. with that Began said Again My Husband so Happen to turn in my Asile so I asked for Help so He started Helping me Seperated my palets so like He started wrapping and then all of a sudden Brenda turned down the Asile we like we wrapping my palets she like then stated Get the fuck out the way I don't care move so then I'm like Bitch what the fuck I say so we Aurging About to fight then we get seperated By A employee and supervisor

So then the to My husband I to the front Desk HAd us write Statments then Returned to work AgAin No copies of Anything. Next DAy for work we have Goup meetings Before we start talking about safety ect Also Stated that day which WAS A SAturday that the will be Serving A fathers DAy Dinner. So meeting over me and my husband get called up they say we suspended we like for what our Lead MAtt SAy he don't know so we get WAlked out like criminals. AgAin No paperwork or Nothing to say anything. Now we only work Fri - sunday ok with that Begin Said Monday we calling and calling Trying to get a hold of chad Abrahamk Abrahamingson Never got through for day to get a understand why we Suspended and when can we Return which I don't know why my husband got suspended at all so finally we get a hold of chad Thur He says If I let YAll BAck we can't get introuble we

Have to conduct ourselves we like or He stated we At a Step 3 which Agin No paperwork to explain anything. So we Return friday Same stuff Happening the head Shaking I'm Scared every time I Run into a person I Report I feeling At defense No knowing If another person going to fight me I'm Not completing trips so my Husband keeps checking up on me I'm in tears like I can't do it I said I want to change Shifts or Something haven't heard anything back from me reporting in April don't feel Safe So we go to HR to See If I could switch shifts Chad Abrahamson told me NO! Straight like that. So I'm like why explaining Whats Happening him and Dorris And opps manger like lets go in this Room So we can discuss So we did. Chad is doing all the talk why I'm explaing he like Your're Not Going

I'm telling him I feel uncomfortable feeling like I'm going to get into A fight due to the incident with Brenda and he is straight Saying I'm agressive we internally Blocked Brenda and I'm like what! How on the cameras it clearly shows we were wraping my pallets And she started with us saying get the fuck out the way. He stated brenda was Just Having a Bad day. Again I'm like what! don't you see the bigger picture she's fucking with me Due to me Reporting He continues to Repeat the same thing I'm like I quit sure Brenda went down another Aisle and someone was stoped but she didn't try to fight them Its Retailation I'm like I was hot to but still not write I said walmart is suppose to Protect if a Person writes A Statment And things are still Happening and

I feel Alone I live an hour away they all know each other and I told chad you are sitting here protecting them and I bet they didn't get suspended I started crying and I said to my Husband I told you there going to side with them I stated I can't do this I feel like I don't have a voice and it like it's ok for those people to do this to me and get away with and I can't switch shifts or nothing the chad said didn't you leave early the other day ~~[scribbled out]~~ He said I could fire you right Now I said the trip I had was the last trip which a coworker NAME Ben finished so yes I put my stuff away Just like Any other employee would do plus the lift Driver who was waiting on my pallets was Ben Rude so I wasn't trying to Argue and get into trouble so I was glad Ben finished my trip Also

as I'm clocking out I see my Husband coming up to clock out so he was lik 5 to 10 mins After me Chad said we Not worried about we worried about you! So after that he said Just like you crashed and I can fire you for that which both incidents he talking about was two weeks before this meeting so if I didn't get fined the why are you threating me with it Now which I asked him. So I then slamed my bag down said I quit this Right the Ops Manger asked me to please sit down he was unaware all this was going on due to he was out on leave because he had a heart attack so he said he will handle this. So I sat down. Dorris stated she so sorry and they don't play with Sexual Harresment No Retailation

I have the opps Manger Name I will be able to provide. So I let him handle it we went back to work and later that day got called to the opps Manger office this time and said to me He so sorry and please don't go over our head I stated I still want corprate Number and the Higher Rank people. So he gave it to me He the stated tho he will move me and my Husband to night shift Regardless of the steps He said the situation Should have been handled so He said take off sat and your Husband and you are to report to and shift sun Then chad came in and aplogized saying He shouldn't have said all those things and that he should've been understanding of my feelings cause walmart is suppose to protect

Then he said oh one thing ~~Roger~~ if you Hit anything or your Machine go you will be fired I'm like even IF I Run over a piece of wood cause the Machines are Sensitive and he said yes. I said ok which I Still felt like I was on egg shells he gave me a apology and a threat in one Sentence, again No paperwork So Started Second Shift all was good until My Manifest Broke went to the Desk and the lady was begin Rude so we exchange words Nothing agressive I got called to the office HAd to write a statment then My ~~Supervise~~ Supervisor Jim had me ~~Righ~~ and sign paperwork say the ~~equitment~~ was broke and gave me a copy this was the First set of paperwork I Recived, So while in the

office I asked them cause I got called back cause I'm in the Room with two Men which I can provide the main guy name ~~~~ cause he was there through everything and was Rude But he shrugged His shoulders And said I don't know then asked for my badge and said ~~~~ ~~~~ You're Suspended and I'm like what! I didn't do Anything I started to CRY he said didn't we tell you if you get ~~~~ into Anything you outta here and I'm I didn't do Anything he told me I'm gon to Need you to get up and come with me I'm like I have to tell my Husband he said Nope you outta here luckly My shift was

Walking up for Break and I seen my husand and I'm cryin tell him the humiliating me the told my Husband you can stay but she has to get off the property Now so my Husband left with me after that I got sick once I Returned to work And Havent been back to the DC I transfed to Sam's club April 11, 2023

DEMAND FOR JURY TRIAL: ☑ YES ☐ NO

Signed this 22 day of June, 2023

Signature of Plaintiff No. 1 _Elroy Spruill_

Signature of Plaintiff No. 2 _____

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**