IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
CLERKS OFFICE U.S. DIST. COURT
    AT CHARLOTTESVILLE, VA
             FILED
         April 15, 2025
    LAURA A. AUSTIN, CLERK
    BY:  s/ D. AUDIA
           DEPUTY CLERK
```

| | |
|---|---|
| EBONY NICOLE SPRUILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.3:23-cv-36 |
| | ) |
| CHERI BRIX, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 72. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  April 15, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge